NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLETTA M. BAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:19-cv-00231-JAD-GWF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION TO AFFIRM AND/OR RESPOND TO PLAINITFF'S MOTION FOR REMAND.**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from June 24, 2019 to July 24, 2019. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. In the last two months, Counsel for Defendant (Counsel) had four family tragedies, including the loss of her cousin, his wife, an uncle and a close family friend. Due to the back-to-back deaths, Counsel took time off to attend out of town funeral and prayer services. Counsel also has taken additional leave to care for her elderly mother, who became ill and required surgery in mid-May and had another follow-up surgery in June, with additional follow-up appointments. In addition,

Counsel also has over 100+ active social security matters, which require two or more dispositive motions until mid-September.  As such, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Remand.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave.

Respectfully submitted,

Respectfully submitted,

Dated: June 24, 2019

/s/ Cyrus Safa
(*as authorized by email on June 24, 2019)
CYRUS SAFA
Attorney for Plaintiff

Dated: June 24, 2019

NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By   /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: June 25, 2019

_____
THE HONORABLE GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE